1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID BLOSSOM,<br><br>        Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES COMPANY; and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No.  CV10-7844 DMG (JEMx)<br><br>**ORDER RE DISMISSAL OF ACTION [JS-6]**<br><br>Action Filed:        August 25, 2010<br>Action Removed:  October 19, 2010 |

        Based upon the concurrently filed Stipulation for Dismissal [Doc. # 9], and finding good cause therefor, it is hereby ORDERED that:

        The Stipulation for Dismissal is approved, and this entire action is hereby DISMISSED with prejudice.

        IT IS SO ORDERED.

DATED:  January 10, 2011

_____
Honorable Dolly M. Gee
United States District Judge